**WALSH BAKER & ROSEVEAR, PC**
WILLIAM A. BAKER, ESQ.
9468 Double R Blvd, Suite A
Reno, NV  89521
Phone  1-775-853-0883
Fax      1-775-853-0860
E-mail Wbaker@wbrnvlaw.com
Attorney for Creditor Sierra Pacific Federal Credit Union

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| IN RE:<br><br>ULYS BURTON, JOCELYN BURTON,<br><br>Debtors. | Case No:  10-52394<br><br>Chapter 7<br><br>**REQUEST FOR SPECIAL NOTICE AND INCLUSION ON MASTER MAILING LIST** |

     PLEASE TAKE NOTICE that Walsh, Baker & Rosevear, PC, on behalf of Creditor Sierra Pacific Federal Credit Union in the above-captioned Chapter 7 case, hereby files its Request For Special Notice.  Pursuant to 11 U.S.C. Section 342, Creditor and Walsh, Baker & Rosevear, PC hereby request that all notices given or required to be given in this case to creditors, any creditors committee or any other party in interest, whether sent by the Court, the Debtor, any trustee or any other party in this case, and all papers served or required to be served in connection with any such matters, be served on Walsh, Baker & Rosevear, PC, attorneys for the Creditor, at the physical address and e-mail address if applicable as listed below and that the following contact information be added to the Court's master mailing list:

/ /plds/                                   1

**WALSH BAKER & ROSEVEAR, PC**
WILLIAM A. BAKER, ESQ.
9468 Double R Blvd, Suite A
Reno, NV  89521
Telephone  1-775-853-0883
Fax Number  1-775-853-0860
E-Mail address  Wbaker@wbrnvlaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes all types of notices and papers referred to in the Federal Rules of Bankruptcy Procedure 2002, 3017(d), 4001, 6006(c), 9010 and 9013, including without limitation, any and all notices and applications, complaints, dismissals, hearings, motions, pleadings, plans, schedules, statements, requests, formal or informal, or other communications whether conveyed by mail, telephone, facsimile or otherwise.

DATED this 28th day of June, 2010.

**WALSH BAKER & ROSEVEAR, PC**

By: _/s/ Wm. A. Baker_
WILLIAM A. BAKER, ESQ.
9468 Double R Blvd, Suite A
Reno, NV  89521
1-775-853-0883
Attorneys for Creditor Sierra Pacific Federal Credit Union

/ /plds/                                       2