**Entered on Docket**
**September 02, 2010**

_____
Hon. Gregg W. Zive
**United States Bankruptcy Judge**

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
bk@wildelaw.com

Wells Fargo Bank, N.A.
10-72666

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In Re: | Bk Case Number: 10-52394-gwz |
|---|---|
| Ulys Burton and Jocelyn Burton | Date:   8/24/2010<br>Time:   10:00 am |
|  | Chapter 7 |
| Debtor(s). |  |

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that relief from the Automatic

Stay is granted in the above-entitled bankruptcy proceeding regarding the subject property generally

described as: 6618 Dorchester Dr., Sparks, NV 89436.

Submitted by:
**WILDE & ASSOCIATES**

#10235

**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor

APPROVED / DISAPPROVED

_____

**Kevin A. Darby**
Attorney for Debtor(s)

APPROVED / DISAPPROVED

_____

**Keith J. Tierney**
Chapter 7 Trustee

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____ The court has waived the requirements set forth in LR 9021(b)(1).

_____ No party appeared at the hearing or filed an objection to the motion.

__x__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each property and whether the party has approved, disapproved, or failed to respond to the document]:

__x__ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Debtor's counsel:

_____ approved the form of this order        _____ disapproved the form of this order
_____ waived the right to review the order and/or    __x__ failed to respond to the document
_____ appeared at the hearing, waived the right to review the order
_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____ approved the form of this order        _____ disapproved the form of this order
_____ waived the right to review the order and/or    __x__ failed to respond to the document

_____ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

_____ approved the form of this order        _____ disapproved the form of this order
_____ waived the right to review the order and/or    _____ failed to respond to the document
_____ appeared at the hearing, waived the right to review the order
_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____ approved the form of this order        _____ disapproved the form of this order
_____ waived the right to review the order and/or    _____ failed to respond to the document

_____ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
_/s/ Gregory L. Wilde, Esq._
Gregory L. Wilde, Esq.
Attorney for Secured Creditor